IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN STRONG,

    Plaintiff,

v.                                                                            No. CV 20-00771 JFR/CG

SCOUT SECURITY, INC., et al.,

    Defendants.

## ORDER MODIFYING INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Scheduling Order Deadlines* (the "Motion"), (Doc. 13), filed January 22, 2021. In the Motion, the parties request that the Court extend the deadlines in the Court's *Initial Scheduling Order*, (Doc. 12), by 30 days in order to conserve resources, because only one of the defendants, Defendant Scout Security, Inc., has been served to date, and Defendant Scout Security, Inc. has filed a motion to dismiss. (Doc. 13 at 1). The Court, having reviewed the parties' Motion and noting it is stipulated, finds the Motion is well-taken and the Initial Scheduling Order shall be modified as follows:

1. The parties shall Meet and Confer no later than **March 23, 2021**;

2. The parties shall file their Joint Status Report no later than **March 30, 2021**;

3. A Telephonic Rule 16 Scheduling Conference shall be held on **April 6, 2021,** at **2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings, and;

4. The Telephonic Rule 16 Scheduling Conference currently set for February 16, 2021, the meet and confer deadline of February 2, 2021, and the Joint Status

Report currently due on February 9, 2021, are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE